# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Raytheon Company Intelligence, ) ASBCA Nos. 59459, 59460, 59461
  Information and Services )
)
Under Contract No. NNG10XA03C )

APPEARANCES FOR THE APPELLANT:     Karen L. Manos, Esq.
    Sarah B. Gleich, Esq.
      Gibson, Dunn & Crutcher LLP
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
      DCMA Chief Trial Attorney
    Samuel W. Morris, Esq.
      Trial Attorney
      Defense Contract Management Agency
      Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 13 January 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59459, 59460, 59461, Appeals of Raytheon Company Intelligence, Information and Services, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals